UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE RAMON GIL-PAULINO,

       Plaintiff,

  v.

SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, ACTING DIRECTOR AND SENIOR OFFICIAL PERFORMING DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, FIELD OFFICE DIRECTOR FOR ICE'S ENFORCEMENT AND REMOVAL OPERATION'S, ERO MIAMI FIELD OFFICE; DIRECTOR OF THE CORRECTIONS AND REHABILITATION DEPARTMENT OF MIAMI-DADE COUNTY, FLORIDA, ACTING DIRECTOR OF EOIR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

       Defendants.

Case No. 2:25-cv-803-KCD-NPM

## **ORDER**

This is a habeas corpus case brought under 28 U.S.C. § 2241. Petitioner

Jose Ramon Gil-Paulino moves to transfer the case to the Southern District of

Florida because he is being detained at the Krome North Service Processing Center located in Miami, Florida. (Doc 8.)

"The plain language of the habeas statute . . . confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "Section 2241 petitions may be brought only in the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). Given this authority, the Motion to Transfer (Doc. 8) is **GRANTED**. The Clerk is **DIRECTED** to transfer this case to the Southern District of Florida, Miami Division. After transfer, the Clerk is directed to **CLOSE** the case.

**ORDERED** in Fort Myers, Florida on September 16, 2025.

Kyle C. Dudek
United States District Judge